IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN MILHOLLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:04CV308** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CSG SYSTEMS, INC.** and | ) | |
| **CSG SYSTEMS INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's Motion to Extend (Filing No. 29). The plaintiff seeks a second extension of the deadline to serve the defendants with the statements required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness he expects to call to testify at trial. The plaintiff states a two-week extension is necessary for the expert witnesses to complete their reports. The plaintiff notes the defendants do not agree to the extension out of concern for the remainder of the progression order deadlines. However, because the pretrial conference and trial are not scheduled until 2006, the courts finds a two-week extension should not interfere with other deadlines. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend (Filing No. 29) is granted.

2. The plaintiff shall have **until May 20, 2005**, to serve the defendants with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness he expects to call to testify at trial. The defendants shall serve the plaintiff with their statement of the expert witnesses they expect to testify **not later than June 23, 2005**. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional expert witnesses **not later than July 22, 2005**.

3. All other deadlines will remain unchanged from the February 15, 2005 Final Progression Order. **See** Filing No. 21.

4. **No further extensions of the deadline will be granted except on a showing that after an exercise of due diligence by the parties a manifest injustice would occur if a requested extension were not granted.**

DATED this 6th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge