IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN MILHOLLIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV308 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CSG SYSTEMS, INC. and | ) | |
| CSG SYSTEMS INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Extend (Filing No. 31). The plaintiff seeks a third extension of the deadline to serve the defendants with the statements required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness he expects to call to testify at trial. The plaintiff states an additional one-week extension is necessary for the expert witnesses to complete their reports. The plaintiff notes in the motion that the defendants do not consent to the extension. However, the defendants have since notified the court they will not file a written objection. Further, the plaintiff notified the court he is now prepared to serve the Rule 26(a)(2) disclosures. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend (Filing No. 31) is granted.

2. The plaintiff shall have **until June 3, 2005**, to serve the defendants with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness he expects to call to testify at trial. The defendants shall serve the plaintiff with their statement of the expert witnesses they expect to testify **not later than July 5, 2005**. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional expert witnesses **not later than July 29, 2005**. All other deadlines will remain unchanged from the February 15, 2005 Final Progression Order. **See** Filing No. 21.

DATED this 31st day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge