**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| STEVEN MILHOLLIN, an individual, | |
| Plaintiff, | Case No. 8:04-cv-00308 |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| CSG SYSTEMS, INC., a Colorado corporation, and CSG SYSTEMS INTERNATIONAL, INC., a Colorado corporation, | |
| Defendants. | |

The Stipulation of the parties to dismiss the above-referenced matter with prejudice came on for hearing. The Stipulation is granted and it is HEREBY ORDERED that the above-referenced matter is dismissed with prejudice against CSG Systems, Inc. and CSG Systems International, Inc., each party to bear his/their own costs and attorney fees.

Dated this 16th day of August, 2005.

                                                 s/ Joseph F. Bataillon
                                               United States District Court Judge

| Prepared and submitted by: | Approved by: |
|---|---|
| s/Christopher R. Hedican | s/Jill K. Harker |
| Christopher R. Hedican (19744) | Jill K. Harker (#20714) |
| Baird, Holm, McEachen, Pedersen Hamann & Strasheim LLP | J. K. Harker, PC, LLO |
| 1500 Woodmen Tower | 11620 Arbor Street, Ste. 202 |
| Omaha, NE 68102-2068 | Omaha, NE 68144 |
| (402) 344-0500 | (402) 408-4000 |
| (402) 231-8552 (facsimile) | (402) 408-4444 (facsimile) |
| chedican@bairdholm.com | jkharker@hotmail.com |
| | *Attorney for Plaintiff* |
| *Attorneys for Defendants* | |